ORIGINAL

FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0575

_____

RIKKI HELD; LANDER B., by and through his
guardian Sara Busse; BADGE B., by and through
his guardian Sara Busse; SARIEL SANDOVAL;
KIAN T., by and through his guardian Todd
Tanner; GEORGIANNA FISCHER; KATHRYN
GRACE GIBSON-SNYDER; EVA L., by and
through her guardian Mark Lighthiser; MIKA K.,
by and through his guardian Rachel Kantor;
OLIVIA VESOVICH; JEFFREY K., by and
through his guardian Laura King; NATHANIEL
K., by and through his guardian Laura King;
CLAIRE VLASES; RUBY D., by and through her
guardian Shane Doyle; LILIAN D., by and through
her guardian Shane Doyle; TALEAH
HERNÁNDEZ,

Plaintiffs and Appellees,

v.

STATE OF MONTANA, GOVERNOR GREG
GIANFORTE, MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, MONTANA
DEPARTMENT OF NATURAL RESOURCES
AND CONSERVATION, and MONTANA
DEPARTMENT OF TRANSPORTATION,

Defendants and Appellants.

_____

FILED

DEC 27 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Before the Court is a document submitted to the Clerk of Court by Byron L. Trackwell, containing Mr. Trackwell's December 27, 2023 letter to counsel for the Plaintiffs in this matter. Mr. Trackwell, who previously was granted leave to participate in this appeal as an amicus curiae, requests that his letter, which responds to the Plaintiffs' September 29, 2023 demand letter and comments to the Montana Department of Environmental Quality

regarding DEQ's preliminary determination on a permit application, be filed "to this MONTANA.GOV Official State Website for this subject case."

This Court's Rules of Appellate Procedure provide allowance for a brief of an amicus curiae to be filed in a pending appeal upon leave of the supreme court granted on motion. M. R. App. P. 12(7). In accordance with that Rule, Mr. Trackwell obtained leave of Court November 22, 2023, and filed his amicus brief the same date. The Rule does not permit multiple filings. His current tendered filing is not a brief to this Court but correspondence to a party. The document is not appropriate for filing in the Court's docket in this appeal.

IT IS THEREFORE ORDERED that Mr. Trackwell's request for filing is DENIED. The Clerk is directed to return the original and eight copies of the referenced document to Mr. Trackwell.

The Clerk shall give notice of this Order to Byron L. Trackwell and to all counsel of record.

Dated this 27 day of December, 2023.

For the Court,

By _____
Justice